78,612-04

CAUSE NO. A-3193-99-01CR-WY

DANIEL C. LERMA

§
§
v.                                          §
§
THE STATE OF TEXAS                          §

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

MOTION FOR JUDGEMENT  WR-NO. 78,612,92

TO THE HONORABLE JUDGE OF SAID COURT:

ON THIS 13 day of January, 2014

greetings:

The Movant, Mr. Daniel C. Lerma, TDCJ# 882275, is requesting for Judgement in Rule 48 and Disposition in Rule 43(c) of an opinion in Rule 47.2 in the above Cause. In an "OBJECTION TO STATE'S DECISION," he has filed on or about the 14th day of September, 2014. The Movant would request an investigation on why he has not been responded to upon this matter of importancve and why the Court of Criminal Appeals has not responded in a timely fashion. I supplement ERROR of the Court of Criminal Appeals, where this Court simply handles situations of the "Poor Indigent Offender" as they please, other than those who can pay court costs. I as a defendant in a criminal cause have as muchg right as any paying offender. See, The Essany v. State, 414 (1914), where the Court held, no one under any circumstances shall be deprived of any right.

WHEREFORE, I seek response and Judgement in full Justice of the Court.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 21 2015

Abel Acosta, Clerk

MOTION DENIED
DATE: 1/28/15
BY:

Respectfully,

Daniel C. Lerma
Daniel C. Lerma
TDCJ# 882275
French Robertson Unit
12071 FM 3522
Abilene, TX 79601

Movant, pro se

UNSWORN DECLARATION

I, Daniel C. Lerma, TDCJ# 882275, being presently confined in the French Robertson Unit, TDCJ-CID, located in Jones County, Texas, hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13 day of January, 2015

Daniel C. Lerma
Dajniel C. Lerma